RONALD A. PELC ET AL. *v.* THE CITY OF DANBURY ET AL.

HOUSE, C. J., SHAPIRO, LOISELLE, MACDONALD and BOGDANSKI, Js.

Argued March 8—decided March 26, 1973

*Harry Cohen,* with whom, on the brief, was *Andrew Wittstein,* for the movants Palermo et al.

*Richard L. Nahley,* with whom was *Ronald M. Sullivan,* for the defendants.

*Lloyd Cutsumpas,* for the plaintiffs.

PER CURIAM. The appeal of certain individuals from the Superior Court's denial of their motion to be made party defendants in the above-entitled action is dismissed for lack of jurisdiction.